ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Tantara Corporation | ) ASBCA No. 62484 |
| | ) |
| Under Contract No. N40085-16-D-9345 | ) |

APPEARANCES FOR THE APPELLANT:    David J. Seidman, Esq.
    Seidman & Associates, P.C.
    Washington, DC

    David Travers, Esq.
    Strang Scott & Giroux, LLP
    Boston, MA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Nicole R. Best, Esq.
    Russell A. Shultis, Esq.
    Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  February 1, 2024

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62484, Appeal of Tantara Corporation, rendered in conformance with the Board's Charter.

Dated:  February 1, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals